**Motion Granted; Order filed July 10, 2018**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-18-00528-CV
_____

### In the Interest of J.A.M., S.N.M., M.A.H., children

---

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-06857J**

---

## ORDER

This is an accelerated appeal from a judgment in a parental termination case.

The notice of appeal was filed June 6, 2018. Appellant has established indigence or is presumed to be indigent. *See* Tex. R. App. P. 20.1(a). The reporter's record was due within **10 days** after the notice of appeal was filed. *See* Tex. R. App. P. 35.1(b); 28.4(a)(1). The record has not been filed.

On July 9, 2018, Monica Grassmuck filed a motion to extend time to file the record requesting an additional 15 days. The motion noted that two other court

reporters were involved in this appeal: Shannon J. Simmons and Julia Rangel. We grant the motion and issue the following order:

We order Monica Grassmuck, Shannon J. Simmons, and Julia Rangel, the court reporters, to file the record in this appeal **on or before July 20, 2018.** No further requests for extension will be entertained absent exceptional circumstances. If the record is not timely file as ordered, the court may issue an order requiring the court reporters to appear at a hearing to show cause why the record has not been timely filed and why they should not be held in contempt of court for failing to file the record as ordered. Contempt of court is punishable by a fine and/or confinement in jail.

PER CURIAM